IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA DIAZ ZEPEDA,<br><br>             Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | 1:10cv00693 DLB<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Document 13) |

    On January 14, 2011, the parties filed a stipulation and proposed order to allow Defendant an extension of time to file a response to Plaintiff's motion for summary judgment. The parties' request is GRANTED. Defendant's response shall be filed on or before February 17, 2011.

    IT IS SO ORDERED.

    Dated: __February 17, 2011__                      __/s/ Dennis L. Beck__
                                                                    UNITED STATES MAGISTRATE JUDGE

1